UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

                Plaintiff,

v.

HARRAN HOLDING CORP., et al.,

                Defendants.

23 Civ. 10744 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued December 13, 2023, scheduled an initial pretrial conference in this matter for January 31, 2024, and required the parties to file a joint status letter and proposed case management plan by January 24, 2024.  *See* Dkt. No. 5.  No such materials were filed.  Defendant Joe & The Juice New York LLC appeared on January 17, 2024.  *See* Dkt. Nos. 6-7.  Defendant Harran Holding Corporation ("Harran") has not appeared and proof of service of Harran does not appear on the docket.

    It is hereby **ORDERED** that, if Plaintiff has been in contact with Harran, the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **January 26, 2024.**  Alternatively, Plaintiff shall file a letter on ECF by **January 26, 2024,** describing his efforts to effectuate service on Harran and to provide it with actual notice of this lawsuit.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                        DALE E. HO
                                        United States District Judge