

D<small>AVID</small> J. G<small>RECH</small>
DG<small>RECH</small>@<small>GRSM</small>.<small>COM</small>

S<small>ANJANA</small> B<small>ISWAS</small>
SB<small>ISWAS</small>@<small>GRSM</small>.<small>COM</small>



**Application GRANTED IN PART.** Defendants shall answer, move, or otherwise respond to the Complaint by **February 26, 2024.** The request to adjourn the initial pretrial conference is **DENIED as moot**, in light of the order at Dkt. No. 12 adjourning the conference to February 28. Notwithstanding the extension of Defendants' answer deadline, the deadline to submit the joint letter and proposed case management plan remains the same. So Ordered.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: January 29, 2024
New York, New York

**VIA ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Kreisler v. Harran Holding Corp. et al.*
               Case No.: 1:23-cv-10744-DEH

Dear Judge Ho:

    We represent Defendant Joe & The Juice New York LLC ("Joe & The Juice") in this case. We write pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases and with Plaintiff's consent, to respectfully request an extension of time to February 26, 2024 for Joe & The Juice to answer, move, or otherwise respond to Plaintiff's complaint and for an attendant adjournment of the initial pretrial conference, presently scheduled for January 31, 2024, to a date available to the Court after Joe & The Juice responds to the complaint.

    We request this extension of time in order to investigate Plaintiff's allegations of barriers to access, under the Americans with Disabilities Act and its New York State and New York City counterparts, at the property at issue, where Joe & The Juice is the lessee and Defendant Harran Holding Corp. is the lessor, and to prepare an adequate and complete response to the complaint. This is the first request by Joe & The Juice for an extension of its time to respond to the complaint and for an adjournment of the initial pretrial conference. In our communications with Plaintiff's counsel on these issues, we have agreed and herein memorialize that Plaintiff and Joe & The Juice consent to service of all documents upon each other in this case by electronic means, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure. We appreciate the Court's attention to this matter.

                                                 Respectfully submitted,

                                                 */s/ David J. Grech*