
DAVID J. GRECH
DGRECH@GRSM.COM

SANJANA BISWAS
SBISWAS@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 21, 2024

**VIA ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Kreisler v. Harran Holding Corp. et al.*
            Case No.: 1:23-cv-10744-DEH-KHP

Dear Judge Ho:

       We represent Defendant Joe & The Juice New York LLC ("Joe & The Juice") in this case. We write, pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request an extension of time for Joe & The Juice to answer, move, or otherwise respond to Plaintiff's complaint from February 26, 2024 to March 11, 2024 and for an adjournment of the initial pretrial conference, presently scheduled for February 28, 2024, to a date available to the Court after Joe & The Juice responds to the complaint.

       There are multiple reasons for this requested extension and adjournment. First, Plaintiff, in his complaint, alleges barriers to access at the property at issue under, *inter alia*, the Americans with Disabilities Act. Joe & The Juice is the tenant of the property. Co-defendant Harran Holding Corp. is the owner of the property, has not yet appeared in this case, and has not yet communicated with Joe & The Juice concerning the allegations in the complaint or potential remedies. Second, the undersigned, lead counsel for Joe & The Juice in this case, is also lead counsel in Case No. 1:23-cv-08830-AS, which is scheduled for Court-referred mediation on February 28, 2024.

       This represents Joe & The Juice's second request to extend its time to respond to the complaint. The prior request was granted upon consent. This represents Joe & The Juice's first request to adjourn the February 28, 2024 initial pretrial conference. A prior consent request to adjourn the January 31, 2024 initial pretrial conference was denied as moot in light of the order adjourning the conference to February 28, 2024. We sought Plaintiff's counsel's position on these intended requests but have not yet received a response as of the time of this submission.

Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, S.D.N.Y.
February 21, 2024
Page 2 of 2

       We appreciate the Court's attention to this matter.

                                                  Respectfully submitted,

                                                  */s/ David J. Grech*

cc:    All Attorneys of Record (*via* ECF)

**Application GRANTED.** Both Defendants shall answer, move, or otherwise respond to the Complaint by **March 11, 2024.** The initial pretrial conference is **ADJOURNED** to **March 20, 2024, at 4:00 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 783 192 27, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan by **March 13, 2024.** Plaintiff shall serve a copy of this Order on Defendant Harran Holding Corp. via Federal Express and file proof of service on ECF by **February 26, 2024.** So Ordered.

Dale E. Ho
United States District Judge
Dated: February 22, 2024
New York, New York