UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| TODD KREISLER, |
| Plaintiff, |
| v. |
| HARRAN HOLDING CORP., et al., |
| Defendants. |

23 Civ. 10744 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On March 13, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for March 20, 2024.  *See* ECF. No. 24.  No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan and referral order will issue separately.

SO ORDERED.

Dated: March 14, 2024
        New York, New York

_____
DALE E. HO
United States District Judge