

DAVID J. GRECH
DGRECH@GRSM.COM

SANJANA BISWAS
SBISWAS@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

September 11, 2024

**VIA ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Kreisler v. Harran Holding Corp. et al.*
              Case No.: 1:23-cv-10744-DEH-KHP

Dear Judge Ho:

      We represent Defendant Joe & The Juice New York LLC in this case. The parties respectfully submit this joint status letter in accordance with Your Honor's Order, dated March 14, 2024.

      The parties had a pre-mediation conference with the Court-assigned mediator on June 12, 2024. An initial mediation session was scheduled for July 18, 2024. Plaintiff's counsel and Plaintiff's expert conducted an inspection of the premises on July 15, 2024. Counsel for the parties and the mediator agreed to convert the initial mediation session to an attorneys-only meeting. As a result, many issues have been resolved in principle. Counsel for the parties and the mediator are now in the process of scheduling a mediation session for early-mid October to negotiate a resolution of the remaining issues. The parties are actively working toward a global settlement of this matter and are hopeful that it can be resolved.

      Thus, the parties respectfully request that the case management conference, presently scheduled for September 18, 2024, be adjourned to allow time for the parties to conduct their further mediation session next month. Moreover, our office has scheduling conflicts on September 18, 2024. I am scheduled to be actually engaged in a court-endorsed private mediation in the action, *Martinez et al. v. Eagle Home Products, Inc. et al.*, NYS Sup. Ct., Suffolk County, Index No. 613601/2022. My colleague Ms. Biswas is scheduled to be out of the country on September 18, 2024. We have conferred with counsel for Plaintiff and counsel for Defendant Harran Holding Corp. regarding this scheduling conflict, and they have graciously consented to this adjournment request on that basis.

      We appreciate the Court's attention to this matter.

                                            Respectfully submitted,

                                            */s/ David J. Grech*

Application **GRANTED**.  The conference scheduled for September 18, 2024 is **ADJOURNED to October 30, 2024 at 3:30 PM**.  The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 933 577 308, followed by the pound sign (#).  The parties shall file a joint status letter by **October 3, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 33.

SO ORDERED.

DALE E. HO
United States District Judge
Dated: September 12, 2024
New York, New York