UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kreisler, <br><br> Plaintiff, <br><br> v. <br><br> Harran Holding Corp et al, <br><br> Defendants. | 23-CV-10744 (DEH) <br><br> MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On October 25, 2024, the parties informed this Court that they had reached a settlement in principle.  *See* Status Report, ECF No. 38.  On October 28, 2024, this Court "dismissed and discontinued [this action] without costs, and without prejudice to the right to reopen the action within thirty days . . . if the settlement is not consummated."  Order of Dismissal, ECF No. 40.  The Court subsequently adjourned the deadline to reopen the case to February 24, 2025.  *See* Mem. Endorsement, ECF No. 46.

On February 21, 2025, Plaintiff filed a letter motion seeking to reopen this case.  *See* ECF No. 48.  In the letter, Plaintiff claims that Defendant Joe & The Juice New York LLC ("Joe & the Juice") "refused to consummate the settlement of this action."  *Id.*  The Court called for a response, *see* Mem. Endorsement, ECF No. 49, which Joe & the Juice submitted on March 7, 2025, *see* ECF No. 50.  Joe & the Juice's letter refuted Plaintiff's claims and opposed reopening of the case.  *See id.*  In the alternative, Joe & the Juice proposed that the deadline for reopening the case be extended to March 26, 2025, at which point "the parties should have performed their initial obligations under the agreement and filed their stipulation of dismissal with the Court."  *Id.*

As of the date of this Order, the parties have filed no such stipulation of dismissal.  It is hereby ORDERED that the parties file a joint status letter by Friday, June 13, 2025, informing

the Court as to whether the parties have performed their initial obligations under the agreement. If so, the letter shall include a stipulation of dismissal for the Court to "so order." If not, the letter shall state whether Plaintiff seeks to reopen this matter or an extension *nunc pro tunc* of the deadline by which seek reopening.

SO ORDERED.

Dated: June 9, 2025
      New York, New York

                                              DALE E. HO
                                   United States District Judge